JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

RICARDO AVILA MOYA,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. EDCV 26-6759-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order, the Petition is GRANTED.

DATED: November 19, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE